IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ETC SUNOCO HOLDINGS LLC (formerly known as SUNOCO, INC.), | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | CIVIL NO. 3:20-cv-2981 |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## ORDER EXTENDING UNITED STATES' TIME TO ANSWER

BEFORE THE COURT is Defendant United States of America's Unopposed Motion to Extend Time to Answer, and the Court, having considered the motion, finds it to have merit. Accordingly, it is hereby ORDERED that the United States will serve its answer or otherwise respond to the complaint by March 29, 2021.

DATED: _____, 2021.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE