IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ETC SUNOCO HOLDINGS LLC<br>(f/k/a Sunoco, Inc.),<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:20-CV-2981-C |

## ORDER

The Court, having considered the United States' Unopposed Motion to Extend Time to Answer, filed February 9, 2021, is of the opinion that the same should be **GRANTED**. Accordingly, the United States' deadline in which to file an answer or otherwise respond to Plaintiff's Complaint is hereby **EXTENDED** to March 29, 2021. No further extensions will be permitted.

SO ORDERED this 22nd day of February, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE