# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| ETC SUNOCO HOLDINGS LLC<br>(formerly known as SUNOCO, INC.),<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 3:20-cv-2981<br>)<br>)<br>)<br>)<br>) |

## ORDER STAYING PROCEEDINGS

This Court, having considered ETC Sunoco Holdings LLC's Opposed Motion to Stay Proceedings pending the final determinations in *Exxon Mobil Corp. v. United States*, U.S. Court of Appeals for the Fifth Circuit, No. 21-10373, is of the opinion that the same should be **GRANTED**. Accordingly, all proceedings are **STAYED** until further Notice from this Court.

SO ORDERED this ____ day of May 2021.

_____
The Honorable Samuel Ray Cummings
Senior United States District Court Judge