# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ETC SUNOCO HOLDINGS LLC<br>(formerly known as SUNOCO, INC.),<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:20-cv-2981 |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff ETC Sunoco Holdings LLC ("Sunoco") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order granting the Defendant's Motion for Summary Judgment on Application of Collateral Estoppel entered on July 20, 2021 (ECF No. 26) and the final judgment of the district court entered in this action on July 20, 2021 (ECF No. 27).

1

Dated: September 17, 2021

        Respectfully submitted,

        <u>/s/ George M. Clarke III</u>
        George M. Clarke III
        D.C. Bar No. 480073, *Pro hac vice*
        George.Clarke@bakermckenzie.com
        Vivek A. Patel
        D.C. Bar No. 1033178, *Pro hac vice*
        Vivek.Patel@bakermckenzie.com

        BAKER & MCKENZIE LLP
        815 Connecticut Avenue NW
        Washington, DC 20006
        (202) 835-6184

        Robert H. Albaral
        Texas Bar No. 00969175
        Robert.Albaral@bakermckenzie.com

        BAKER & MCKENZIE LLP
        1900 North Pearl Street
        Dallas, TX 75201
        (214) 978-3044


        **ATTORNEYS FOR PLAINTIFF**
        **ETC SUNOCO HOLDINGS LLC**
        **(f/k/a SUNOCO, INC.)**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon all counsel of record upon its filing via this Court's CM/ECF electronic case filing system on September 17, 2021.

/s/ George M. Clarke III
George M. Clarke III
